IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RITA JARMON**                                                                                                **PLAINTIFF**

**v.**                                            **4:21-CV-00032-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                            **DEFENDANT**

## ORDER

After reviewing the entire record *de novo,* including Rita Jarmon's objections, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 20] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 20th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE